UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In Re: § 
§ 
§ Case No. 13-42199
Port Promotions and Services, Inc. §
§
Debtor § (Chapter 7)

NOTICE OF DEPOSIT OF DIVIDENDS TO THE COURT REGISTRY
UPON THE EXPIRATION OF 90 DAYS PAST ORIGINAL CHECKS CUT DATE

COMES NOW Michelle H. Chow, Trustee, and files this Notice of Deposit of Dividends to the Court Registry Upon the Expiration of 90 Days Past Checks Cut Date.

1. The Trustee's Final Report and Notice of Trustee's Final Report were filed on January 23, 2020.

2. Checks were processed and mailed to appropriate creditors on March 6, 2020.

3. The following checks were not cashed by the intended parties. Checks were either returned to the Trustee as undeliverable and voided and reversed, or a stop payment was placed for outstanding checks since they are over 90 days old.

Dawn Wajvoda
Claim #17 allowed amount $574.39
Check #113 amount $574.39

Jessica Belcher
Claim #19 allowed amount $135.85
Check #115 amount $135.85

John Carter
Claim #21 allowed amount $200.00
Check #117 amount $200.00

Carla Campbell
Claim #37 allowed amount $640.00
Check #125 amount $640.00

Sharon Reinecke
Claim #40 amount $190.66
Check #126 amount $190.66

Joseph P. Strelka
Claim #50 allowed amount $1,195.00
Check #129 amount $1,195.00

    Austin Thomas
    Claim #5 allowed amount $278.93
    Check #134 amount $278.93

    4. The Trustee has emailed and/or called the telephone numbers on the proofs of claim and has not been able to contact these creditors.

    5. Pursuant to Bankruptcy Rule §347, the Trustee has stopped payment on checks 115, 125, 126, 129, and 134 for checks that were not returned to the Trustee. Checks #113 and 117 were returned the trustee, marked voided, and reversed. The total of these checks is $3,214.83 and will be remitted into the Court registry upon expiration of 90 days past the original check cut date.

    6. The Trustee hereby gives notice of deposit via electronic deposit dated June 4, 2020 in the amount of $3,214.83 to the court registry for this claim.

/s/Michelle H. Chow
Michelle H. Chow, Trustee
6318 E. Lovers Lane
Dallas, TX 75214
214-521-6627 p 214-320-2966 f
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing pleading has been served via first class mail, postage prepaid, on all parties listed on the attached service list on June 4, 2020.

/s/Michelle H. Chow
Michelle H. Chow, Trustee

Creditor POC address
Dawn Wajvoda
4442 Lewis Access Road
Center Point, IA 52213

Jessica Belcher
6922 Green Highway
Tecumseh, MI 49286

John Carter
415 Longhorn Drive
Early, TX 76802

Carla Campbell
13142 Early Run Lane
Riverview, FL 33578

Sharon Reinecke
400 E. Garrett
Calvert, TX 77837

Joseph P. Strelka
c/o Ilona Slawinski
Appostelgasse 22 1/8
Vienna, Austria 01030

Austin Thomas
PO Box 12016
St. Thomas, US VI 00801-0000